874

No. 1203, Misc., October Term, 1963. OSBORNE v. TAYLOR, WARDEN, 377 U. S. 1002;

No. 1228, Misc., October Term, 1963. EASTER v. BRUNE ET AL., JUDGES, 377 U. S. 951;

No. 1238, Misc., October Term, 1963. LEVY v. MACY ET AL., COMMISSIONERS, U. S. CIVIL SERVICE COMMISSION, 377 U. S. 984;

No. 1245, Misc., October Term, 1963. WHITE v. DICKSON, WARDEN, 377 U. S. 957;

No. 1268, Misc., October Term, 1963. WILLIAMS v. UNITED STATES, 377 U. S. 958;

No. 1281, Misc., October Term, 1963. VAN RENSSELAER ET AL. v. GENERAL MOTORS CORP., 377 U. S. 959;

No. 1310, Misc., October Term, 1963. RAMSEY v. NATIONAL LABOR RELATIONS BOARD, 377 U. S. 1003;

No. 1320, Misc., October Term, 1963. KURTH v. BENNETT, WARDEN, 377 U. S. 972;

No. 1324, Misc., October Term, 1963. HUDSON v. DICKSON, WARDEN, 377 U. S. 972;

No. 1328, Misc., October Term, 1963. BENTON v. ARIZONA ET AL., 377 U. S. 1003;

No. 1333, Misc., October Term, 1963. DIRRING v. UNITED STATES, 377 U. S. 1003;

No. 1347, Misc., October Term, 1963. FLORES v. BETO, CORRECTIONS DIRECTOR, 377 U. S. 972;

No. 1352, Misc., October Term, 1963. PHILLIP v. NORTH CAROLINA, 377 U. S. 1003;

No. 1404, Misc., October Term, 1963. HORNER v. FLORIDA, 377 U. S. 950; and

No. 1416, Misc., October Term, 1963. JACKSON v. KROPP, WARDEN, 377 U. S. 1006. Petitions for rehearing denied.

No. 1375, Misc., October Term, 1963. SINETTE v. DICKSON, WARDEN, ET AL., 377 U. S. 1005. Motion for leave to file petition for rehearing denied.